IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY (f/k/a FIRST COLONY LIFE INSURANCE COMPANY), | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 07 C 6400 ) |
| DOROTHY CIURA and LISA VANDENBERGHE (n/k/a LISA ORTEGA), | ) JUDGE DER-YEGHIAYAN ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:   Dorothy Ciura                    Lisa Vandenberghe
      7604 Woodward Avenue             2231 Harrison Street S.E.
      Apt. 2                           Decatur, AL  35601-4521
      Woodridge, IL  60517

PLEASE TAKE NOTICE that on the **20TH** day of **NOVEMBER**, 2007, at **9** a.m./p.m. or as soon after as this motion may be heard we will appear before the Honorable Judge Der-Yeghiayan or any judge sitting in his/her place or stead, in the courtroom usually occupied by him/her in **Room 1903** in the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present Genworth Life and Annuity Insurance Company's Motion for Leave to Deposit its Admitted Liability and Motion for Restraining Order, true and correct copies of which are attached hereto and hereby served upon you.

Dated at Chicago, Illinois this 13th day of **November, 2007**

Respectfully submitted,

GENWORTH LIFE AND ANNUITY
INSURANCE COMPANY

By: _____
      One of its Attorneys

William A. Chittenden, III
Stuart F. Primack
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600

O:\GE740\41017 Ciura\Pleadings\NOM.doc

## Certificate of Service

I hereby certify that on **November 13, 2007** I caused to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, Genworth Life and Annuity Insurance Company's Motion for Leave to Deposit Its Admitted Liability and Motion for Restraining Order, which was served upon:

| | |
|---|---|
| Dorothy Ciura | Lisa Vandenberghe |
| 7604 Woodward Avenue | 2231 Harrison Street S.E. |
| Apt. 2 | Decatur, AL 35601-4521 |
| Woodridge, IL 60517 | |

by enclosing a copy in a sealed, correctly addressed, first-class postage prepaid envelope and depositing same in the U.S. Mail at 303 West Madison Street, Chicago, Illinois, prior to 5:00 p.m. on this 13th day of November.

_____
Stuart F. Primack
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 (fax)
sprimack@cmn-law.com

O:\GE740\41017 Ciura\Pleadings\NOM.doc