**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **GENWORTH LIFE AND ANNUITY INSURANCE COMPANY (f/k/a FIRST COLONY LIFE INSURANCE COMPANY),** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **No.: 07 C 6400** |
| **DOROTHY CIURA and LISA VANDENBERGHE (n/k/a LISA ORTEGA)** | ) ) ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S LOCAL RULE 3.2 NOTIFICATION
OF AFFILIATES DISCLOSURE STATEMENT**

Plaintiff Genworth Life and Annuity Insurance Company (f/k/a First Colony Life Insurance Company), in accordance with Local Rule 3.2, states that Genworth Financial, Inc. is a publicly held affiliate of Genworth Life and Annuity Insurance Company.

Respectfully submitted,

GENWORTH LIFE AND ANNUITY
INSURANCE COMPANY (F/K/A FIRST
COLONY LIFE INSURANCE
COMPANY)

By:/s/ Stuart F. Primack_____
       One of its Attorneys

William A. Chittenden, III
Stuart F. Primack
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
312.281.3600 (telephone)
312.281.36768 (facsimile)

O:\GE740\41017 Ciura\Pleadings\LR 3-2.doc

*Certificate of Service*

I hereby certify that on **November 14, 2007** I caused to be filed with the Clerk of the

U.S. District Court, Northern District of Illinois, Eastern Division, Plaintiff's Local Rule 3.2

Notification of Affiliates Disclosure Statement, which was served upon:

| | |
|---|---|
| Dorothy Ciura | Lisa Vandenberghe |
| 7604 Woodward Avenue | 2231 Harrison Street S.E. |
| Apt. 2 | Decatur, AL  35601-4521 |
| Woodridge, IL  60517 | |

by enclosing a copy in a sealed, correctly addressed, first-class postage prepaid envelope and

depositing same in the U.S. Mail at 303 West Madison Street, Chicago, Illinois, prior to 5:00

p.m. on this **14th day of November.**

/s/ Stuart F. Primack
Stuart F. Primack
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois  60606
(312) 281-3600
(312) 281-3678 (fax)
sprimack@cmn-law.com