## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6400 | **DATE** | 11/20/2007 |
| **CASE TITLE** | Genworth Life and Annuity Ins. Co. vs. Dorothy Ciura, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 11/20/2007. Plaintiff's motion for leave to deposit its admitted liability [7] is granted. Plaintiff's motion for restraining order [8] is granted. Enter Order and Order to Deposit Admitted Liability.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | SB |
|---|---|---|