IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY (f/k/a FIRST COLONY LIFE INSURANCE COMPANY),<br><br>        Plaintiff,<br><br>vs.<br><br>DOROTHY CIURA and<br>LISA VANDENBERGHE (n/k/a LISA ORTEGA<br><br>        Defendants. | No.: 07 C 6400 |

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**

(1)   Dorothy Ciura is restrained and enjoined from continuing the litigation titled "Dorothy Ciura v. First Colony Life Insurance Company and Lisa Vandenberghe" Case No. 2006CH000764, presently proceeding in the Circuit Court of the Eighteenth Judicial Circuit, DuPage County Illinois, until further order of this Court.

(2)   Dorothy Ciura and Lisa Vandenberghe (n/k/a Lisa Ortega), or any person or entity claiming though them, or any of them, are restrained and enjoined from commencing or prosecuting any proceeding against Genworth Life and Annuity Insurance Company (f/k/a First Colony Life Insurance Company) in any state or federal court or other forum with respect to the insurance proceeds payable under the Policy and on account of the death of Steven Ciura.

(3)   Leave is hereby granted to serve this Order in the same manner of service as summons and complaint.

DATED: 11/20/07     ENTERED: _Samuel Der-Yeghiayan_
                                                                                                **Judge**