IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY (f/k/a FIRST COLONY LIFE INSURANCE COMPANY),<br><br>Plaintiff,<br><br>vs.<br><br>DOROTHY CIURA and LISA VANDENBERGHE (n/k/a LISA ORTEGA)<br><br>Defendants. | No.: 07 C 6400 |

## ORDER TO DEPOSIT ADMITTED LIABILITY

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that leave is given to Genworth Life and Annuity Insurance Company (f/k/a First Colony Life Insurance Company) to deposit into the Registry of this Court its admitted liability in the amount of $50,000, plus accrued interest. The Clerk of this Court is hereby, upon entry of this Order, directed to receive said sum, issue its receipt for same, and hold said sum pending further order of this Court.

**IT IS FURTHER ORDERED** that the Clerk of this Court is further directed to deposit the aforesaid sum into an interest bearing account, in keeping with the Clerk's normal practice, pending further order of this Court. No withdrawal from this deposit may be had without order of this Court.

DATED: 11/20/07            ENTERED: _Samuel Der-Yeghiayan_
                                            Judge