# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6400 | **DATE** | 12/11/2007 |
| **CASE TITLE** | Genworth Life and Annuity Insurance Company vs. Dorothy Ciura, et al. | | |

**DOCKET ENTRY TEXT**

On 11/20/07, the Court granted plaintiff's motion for leave to deposit its admitted liability and granted plaintiff's motion for restraining order. The instant action is hereby dismissed without prejudice to claimants seeking to make a claim. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|