# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6400 | **DATE** | 01/10/08 |
| **CASE TITLE** | Genworth Life and Annuity Insurance Company vs. Dorothy Ciura, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion to vacate [15] is granted. Case ordered reinstated. Status hearing set for 03/13/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|