AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Genworth Life and Annuity Insurance Company
(f/k/a First Colony Life Insurance Company)

CASE NUMBER: 07 C 6400

V.

ASSIGNED JUDGE: Samuel Der-Yeghiayan

Dorothy Ciura and Lisa Vandenberghe (n/k/a Lisa Ortega)

DESIGNATED MAGISTRATE JUDGE: Michael T. Mason

TO: (Name and address of Defendant)
AKA *Lisa Vandenberghe*
Lisa Ortega
2231 Harrison Street S.E.
Decatur, AL 35601-4521

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Chittenden, Murday & Novotny LLC
300 W. Madison Street
Suite 1400
Chicago, IL 60606
(312) 281-3600

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/21/08 |
| NAME OF SERVER (PRINT) MORRIS PATTERSON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1715 LARRDALE ST. S.W. - APT. 38 DECATUR, AL 35601-4637

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL $179.00 | SERVICES $184.50 | TOTAL $363.50 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/21/08
*Date*

*Signature of Server* Morris Patterson

5406 C.R. 280, WESTOVER, AL 35147
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.