## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on February 13, 2008, I electronically filed the following document(s):

>Answer to Complaint for Interpleader and
>Cross-Claim against Co-Defendant Dorothy Ciura

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

<u>Attorneys for GLAIC</u>
William A. Chittenden, III     wchittenden@cmn-law.com , acruz@cmn-law.com
Stuart F Primack     sprimack@cmn-law.com , acruz@cmn-law.com

I the undersigned, an attorney, also served the above documents to the following individuals by mailing a copy to the above-named attorney(s) at the above address and depositing the same in the U.S. Mail before 4:00 p.m. at 1730 Park Street, Naperville, Illinois, on February 13, 2008, with proper postage prepaid:

<u>Attorney for Dorothy Ciura</u>
Craig Greenwood
4456 Seeley Avenue
Downer Grove, IL 60515

>/s/ Mark W. Mathys
>Mark W. Mathys
>Attorney for Lisa Vandenberghe
>(n/k/a Lisa Ortega)

Mark W. Mathys
LAW OFFICE OF MATHYS & SCHNEID
1730 Park Street, Suite 224
Naperville, IL 60563
(630)428-4040
(630)428-0044 Fax
ARDC No. 6217305