**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY (f/k/a FIRST COLONY LIFE INSURANCE COMPANY), | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.: 07 C 6400 |
| DOROTHY CIURA and LISA VANDENBERGHE (n/k/a LISA ORTEGA) | ) ) ) ) | |
| Defendants. | ) | |

**GENWORTH LIFE AND ANNUITY INSURANCE COMPANY'S MOTION FOR**
**ENTRY OF DEFAULT AGAINST DOROTHY CIURA**

Genworth Life and Annuity Insurance Company (f/k/a First Colony Life Insurance Company) ("GLAIC"), by its attorneys, William A. Chittenden III, Stuart F. Primack and Chittenden, Murday and Novotny LLC, moves this Court for an entry of default against Defendant Dorothy Ciura pursuant to Fed. R. Civ. P. 55(b)(2). In support of its motion, GLAIC states as follows:

1.     On November 13, 2007 GLAIC filed its complaint for interpleader pursuant to 28 U.S.C. §§ 1335, 1397 and 2361 (2007) to resolve competing claims to proceeds payable under a GLAIC life insurance policy, Policy No. 2100851, issued to Steven Ciura on April 14, 1995.

2.     The history of GLAIC's efforts to serve Defendant Dorothy Ciura is set forth in the Affidavit of Stuart F. Primack, one of the attorneys for GLAIC, attached hereto as Exhibit 1. As set forth in that affidavit:

a.     On November 28, 2007, in an attempt to save costs of service and in accordance with Rule 4(d) of the Federal Rules of Civil Procedure, GLAIC requested that

Defendant Dorothy Ciura waive service of summons by mailing two (2) copies of the Waiver of

Service of Summons form and the complaint to her at her home address.

        b.        On or about December 6, 2007, Dorothy Ciura executed and returned the

Waiver of Service of Summons form, thereby agreeing to waive service.

        c.        On January 8, 2008, Dorothy Ciura's Waiver of Service of Summons form

was filed with this Court.

        3.        Defendant Dorothy Ciura's appearance and responsive pleading to GLAIC's

complaint for interpleader were due sixty (60) days after November 28, 2007, which was the date

the request to waive service of summons was sent to Dorothy Ciura.

        4.        Defendant Dorothy Ciura has failed to appear or file a responsive pleading.

        5.        In light of Defendant Dorothy Ciura's failure to appear and file a responsive

pleading, GLAIC requests the entry of a default against Dorothy Ciura.  The proposed order of

entry of default against Dorothy Ciura is attached hereto as Exhibit 2.

        WHEREFORE, Plaintiff Genworth Life and Annuity Insurance Company (f/k/a First

Colony Life Insurance Company) requests that this Court enter default against Defendant

Dorothy Ciura, pursuant to Rule 55(b)(2) of the Fed. R. Civ. P.

        Respectfully submitted,

        GENWORTH LIFE AND ANNUITY
        INSURANCE COMPANY (f/k/a FIRST COLONY
        LIFE INSURANCE COMPANY)


        By:/s/ Stuart F. Primack
           One of its Attorneys

William A. Chittenden III
Stuart F. Primack
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street
Suite 1400
Chicago, Illinois  60606
(312) 281-3600

O:\GE740\41017 Ciura\Pleadings\Mtn for Entry of Default -Ciura.doc