# EXHIBIT 2

Case 1:07-cv-06400 Document 23-3 Filed 03/10/2008 Page 1 of 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY (f/k/a FIRST COLONY LIFE INSURANCE COMPANY), | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No.: 07 C 6400 ) |
| DOROTHY CIURA and LISA VANDENBERGHE (n/k/a LISA ORTEGA) | ) ) ) ) |
| Defendants. | ) |

## ENTRY OF DEFAULT AGAINST DOROTHY CIURA

This matter coming before the Court on the motion of Genworth Life and Annuity Insurance Company (f/k/a First Colony Life Insurance Company) ("GLAIC") for the entry of default against Defendant Dorothy Ciura, due notice having been given and the Court being fully advised in the premises:

THE COURT HEREBY FINDS THAT:

1. On November 13, 2007, GLAIC filed its complaint for interpleader pursuant to 28 U.S.C. §§ 1335, 1397 and 2361 (2007) to resolve competing claims to proceeds payable pursuant to a GLAIC life insurance policy, Policy No. 2100851, issued to Steven Ciura on April 14, 1995.

2. On December 6, 2007, Dorothy Ciura executed and returned the Waiver of Service of Summons to counsel for GLAIC, thereby agreeing to waive service.

3. Dorothy Ciura has failed to appear or file a responsive pleading in this matter.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this Court has jurisdiction over Dorothy Ciura and that Dorothy Ciura is in default for her failure to appear or

plead in this matter.  It is further ordered that entry of default be entered by the Clerk of this Court.

Dated:_____                    _____
                                                                                               JUDGE

O:\GE740\41017 Ciura\Pleadings\Entry of Default -Ciura-exhibit 2.doc