## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Genworth Life and Annuity Insurance Company

                    Plaintiff,

v.

Dorothy Ciura, et al.

                    Defendant.

Case No.: 1:07−cv−06400

Honorable Samuel Der−Yeghiayan

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2008:

    MINUTE entry before Judge Samuel Der−Yeghiayan : Motion hearing held and continued to 04/02/08 at 9:00 a.m. Counsel for plaintiff advised the Court that counsel for Defendant Ciura was in the emergency room. Plaintiff's motion for entry of default [23] is entered and continued to 04/02/08 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.