IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY (f/k/a FIRST COLONY LIFE INSURANCE COMPANY),<br><br>   Plaintiff,<br><br>vs.<br><br>DOROTHY CIURA and<br>LISA VANDENBERGHE (n/k/a LISA ORTEGA),<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 07 C 6400<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

  **PLEASE TAKE NOTICE** that on the **2nd** day of **April, 2008,** at **9:00 a.m.,** or as soon after as this motion may be heard, we will appear before the Honorable Judge Der-Yeghiayan or any judge sitting in his/her place or stead, in the courtroom usually occupied by him/her in **Room 1903** in the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present Genworth Life and Annuity Insurance Company's Motion for Final Judgment Order in Interpleader, a true and correct copy of which is attached hereto and hereby served upon you.

  Dated at Chicago, Illinois this **26th** day of **March, 2008**

            Respectfully submitted,

            GENWORTH LIFE AND ANNUITY
            INSURANCE COMPANY


            By: /s/ Stuart F. Primack
               One of its Attorneys


William A. Chittenden, III
Stuart F. Primack
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600

O:\GE740\41017 Ciura\Pleadings\NOM for Final Judgment Order.doc

*Certificate of Service*

I hereby certify that on **March 26, 2008,** I caused to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, **Genworth Life and Annuity Insurance Company's Notice of Motion for Final Judgment Order in Interpleader** via electronic filing, and via facsimile and regular mail to:

Craig H. Greenwood
Attorney at Law
4456 Seeley Avenue
Downers Grove, IL  60515

/s/ Stuart F. Primack
Stuart F. Primack
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois  60606
(312) 281-3600
(312) 281-3678 (fax)
sprimack@cmn-law.com