MHW

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| GENWORTH LIFE | No. 07 C 6400 |
| vs. | |
| DOROTHY CIURA et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dorothy Ciura

FILED
4-2-2008
APR - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Craig H. Greenwood |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ |
| FIRM |
| Greenwood Law Firm |
| STREET ADDRESS |
| 4456 Seeley Avenue |
| CITY/STATE/ZIP |
| Downers Grove, IL 60515 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 01053817 | (630) 523-3950 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

The undersigned, Craig H. Greenwood, hereby certifies that on April 2, 2008 he filed a true and accurate copy of his **U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, and on said date caused a true and accurate copy of same to be personally served upon the following attorneys/parties:

Mark W. Mathys
Mathys & Schnied
Attorneys at Law
1730 Park Street, Suite 224
Naperville, IL 60563
(630) 428-4040
(630) 428-0044 fax

and

William A. Chittenden, III
Stuart F. Primack
Chittenden, Murday & Novotny, P.C.
Attorneys at Law
303 West Madison Street, Suite 1400
Chicago, IL 60606
(312) 281-3600
(312) 281-3678 fax

by having said attorneys/parties personally served at the above stated addresses

Craig H. Greenwood
Attorney at Law
4456 Seeley Avenue
Downers Grove, IL 60515
Attorney for Defendant,
 Dorothy Ciura
(630) 523-3950
(630) 968-3180 fax
ARDC No. 1503817

_____
Craig H. Greenwood
Attorney at Law