# United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6400 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Genworth Life and Annuity Insurance Company vs. Dorothy Ciura, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. As stated on the record, Plaintiff's motion for entry of default against Defendant Dorothy Ciura [23] is denied. Plaintiff's motion for order of final judgment order in interpleader [26] is granted. As stated on the record, Defendants are encouraged to meet and confer to discuss possible resolution of the instant action. In the event the parties believe a settlement conference with the Court would be useful, counsel are directed to follow this Court's settlement conference procedures as outlined on Judge Der-Yeghiayan's web page. Status hearing set for 08/20/08 at 9:00 a.m. All discovery shall be noticed in time to be completed by 06/06/08. Dispositive motions are to be filed by 06/27/08. Responses to the dispositive motions ,if any, are to be filed by 07/11/08 and replies, if any, are to be filed by 07/18/08.

\* For further details see attached order.                                                                                                    Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|