**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Genworth Life and Annuity Insurance Company
              Plaintiff,

v.
                     Case No.: 1:07−cv−06400

                     Honorable Samuel Der−Yeghiayan

Dorothy Ciura, et al.
              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

  MINUTE entry before the Honorable Samuel Der−Yeghiayan:Cross Claimant Lisa Vandenberghe's motion for summary judgment [32] is entered and continued. Defendant Ciura's response shall be filed by 09/30/08 and Cross Claimant Lisa Vandenberghe&#039;s reply shall be filed by 10/21/08. Status hearing held and continued to 11/25/08 at 9:00 a.m. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.